# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WRA21 LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TECHNOLOGY ASSOCIATES DEVELOPMENT CORPORATION, *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-01955-GMN-EJY <br><br> **ORDER OF DISMISSAL PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

On November 22, 2023, Plaintiff WRA21 LLC filed a Complaint against Defendants Technology Associates Development Corporation and Tsung-Chieh Chen aka Kent Chen. (*See* Compl., ECF No. 1).  On March 13, 2024, the Court warned Plaintiff that if it did not properly serve Defendants by April 12, 2024, the Court would enter an Order of Dismissal pursuant to Federal Rule of Civil Procedure 4(m). (*See* Notice, ECF No. 4).  The deadline has now passed, no proper proof of service has been filed, and Plaintiff has failed to show good cause as to why the Court should not dismiss this action against Defendants without prejudice for failure to effect timely service.

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is kindly instructed to close the case.

**DATED** this __14__ day of July, 2025.

_____

GLORIA M. NAVARRO, DISTRICT JUDGE
UNITED STATES DISTRICT COURT